

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-19-2004

# Coastal Gen Constr v. VI Housing Auth

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1300

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Coastal Gen Constr v. VI Housing Auth" (2004). *2004 Decisions.* Paper 692.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/692

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1300

_____

COASTAL GENERAL CONSTRUCTION SERVICES CORPORATION,

Appellant

v.

VIRGIN ISLANDS HOUSING AUTHORITY


_____


Appeal from the District Court of the Virgin Islands
Division of St. Thomas and St. John, Appellate Division
(D.C. Civil Action No. 99-cv-00134)

Chief District Judge: Honorable Raymond L. Finch
District Judge: Honorable Thomas K. Moore
Territorial Judge: Honorable Edgar D. Ross

_____


Submitted Under Third Circuit LAR 34.1(a)
May 6, 2004

Before: BARRY, AMBRO, and SMITH, <u>Circuit Judges</u>


_____


ORDER AMENDING OPINION

_____

The not-precedential opinion and judgment filed in the above case on May 18, 2004, are hereby amended as follows:

1.  Under the caption on the first page, add the words, "Appellate Division" immediately following "Division of St. Thomas and St. John,"

2.  On the same page, replace "District Judge: Honorable Thomas K. Moore" with:

    "Chief District Judge: Honorable Raymond L. Finch
     District Judge: Honorable Thomas K. Moore
     Territorial Judge: Honorable Edgar D. Ross."

FOR THE COURT:

/s/ Marcia M. Waldron
Marcia M.Waldron, Clerk

Dated: May 19, 2004